**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02590-REB-MEH

WENDY AKERS,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.

**ORDER**

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Amend Judgment Against Defendant To Add Attorney's Fees** [#10] filed November 24, 2010.  After reviewing the motion and the file, I conclude (1) that the motion should be granted; (2) that attorney fees in the stipulated amount of $2,000 should be awarded to plaintiff; and (3) that the judgment should be amended accordingly.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Amend Judgment Against Defendant To Add Attorney's Fees** [#10] filed November 24, 2010, is **GRANTED**;

    2.  That the plaintiff's reasonable attorney fees in the amount of $2,000.00 and the costs taxed by the Clerk of the Court in the amount of $420.00 **SHALL BE ADDED** to the current Judgment of $1,001.00; and

3.  That the Clerk of the Court is **DIRECTED** to enter an Amended Judgment in favor of the plaintiff, Wendy Akers, against the defendant, GC Services Limited Partnership, in the total amount of $3,421.00, plus post-judgment interest.

Dated November 29, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge